IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| NOVELPOINT TRACKING LLC, )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>MCDONALD'S CORPORATION, )<br>)<br>*Defendant.* )<br>) | C.A. No. 6:15-cv-00265-LED-RSP<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff NovelPoint Tracking LLC ("Plaintiff") hereby files this Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the Plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant has not yet answered the complaint. Accordingly, Plaintiff voluntarily dismisses Defendant, Inc. without prejudice pursuant to Rule 41(a)(1).

1

2

Dated: April 27, 2015

      */s/Andrew W. Spangler*
Andrew W. Spangler TX SB #24041960
    spangler@spanglerlawpc.com
Aarika K. McCloskey TX SB #24088766
    aarika@spanglerlawpc.com
Spangler Law P.C.
208 N. Green Street, Suite 300
Longview, TX 75601
Telephone: (903) 753-9300
Facsimile: (903) 553-0403

Stamatios Stamoulis DE SB #4606
    stamoulis@swdelaw.com
Richard C. Weinblatt DE SB #5080
    weinblatt@swdelaw.com
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540
Facsimile: (302) 762-1688

***Attorneys for Plaintiff***
***NovelPoint Tracking LLC***

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served April 27, 2015, with a copy of this document via the Court's CM/ECF system.

*/s/ Andrew W. Spangler*
Andrew W. Spangler TX SB #24041960